# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN ANTITRUST LITIGATION | MDL 2503<br>Civil Action No. 14-md-2503-DJC |

This Document Relates to:

*United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10452 (D. Mass.);

*Local 274 Health & Welfare Fund v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10439 (D. Mass.);

*Sheet Metal Workers Local No. 25 Health & Welfare Fund v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10474 (D. Mass.);

*Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10440 (D. Mass.);

*Heather Morgan v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10441 (D. Mass.);

*Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10453 (D. Mass.);

*International Union of Operating Engineers Local 132 Health and Welfare Fund v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10442 (D. Mass.);

*City of Providence, Rhode Island v. Medicis Pharmaceutical Corp.*, et al.; No. 1:14-cv-10476 (D. Mass.);

*International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund v. Medicis Pharmaceutical Corp., et al.;* No. 1:13-cv-12435 (D. Mass.);

*Painters District Council No. 30 Health and Welfare Fund v. Medicis Pharmaceutical Corp., et al.;* No. 1:13-cv-12517 (D. Mass.);

*Man-U Service Contract Trust Fund v. Medicis Pharmaceutical Corp., et al*.; No. 1:14-cv-10619 (D. Mass.);

*Allied Services Division Welfare Fund, v. Medicis Pharmaceutical Corp., et al*.; No. 1:14-cv-10786 (D. Mass.); and

*NECA-IBEW Welfare Trust Fund v. Medicis Pharmaceutical Corp., et al*.; No. 1:14-cv-11015 (D. Mass.).

## END-PAYOR PLAINTIFFS' NOTICE OF WAIVER

Counsel for End-Payor Plaintiffs United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, City of Providence, Rhode Island, Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund, International Union of Operating Engineers Local 132 Health and Welfare Fund, International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund, Painters District Council No. 30 Health and Welfare Fund, Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, Heather Morgan, Man-U Service Contract Trust Fund, Sheet Metal Workers Local No. 25 Health & Welfare Fund, Local 274 Health & Welfare Fund, Allied Services Division Welfare Fund and NECA-IBEW Welfare Trust Fund, hereby waive any right to file a motion for

2

recusal of Judge Denise J. Casper in the above-captioned case based on the information detailed in the Court's April 4, 2014 electronic order [ECF No. 38].

Dated: April 23, 2014

Respectfully Submitted,

/s/ Glen DeValerio
Glen DeValerio (BBO #122010)
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
gdevalerio@bermandevalerio.com

*Proposed Liaison Counsel for the Proposed End-Payor Class*

Steve D. Shadowen
HILLIARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Telephone: (855) 344-3928
steve@hilliardshadowenlaw.com

*Proposed Interim Co-Lead Counsel for the Proposed End-Payor Class and Counsel for Plaintiff UFCW Local 1776*

Michael M. Buchman
John A. Ioannou
MOTLEY RICE LLC
600 Third Ave., 21st Floor
New York, NY 10016
Telephone: (212) 577-0040
mbuchman@motleyrice.com
jioannou@motleyrice.com

*Proposed Interim Co-Lead Counsel for the Proposed End-Payor Class and Counsel for Plaintiff City of Providence, Rhode Island*

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street
San Francisco, CA 94108

Telephone: (415) 981-4800
dcg@girardgibbs.com

*Proposed Executive Committee Member and Counsel for Plaintiff IUOE Local 132*

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: (954) 315-3454
jagoldstein@pomlaw.com

*Proposed Executive Committee Member and Counsel for Plaintiff FOP*

J. Douglas Richards
Sharon K. Robertson
COHEN MILSTEIN SELLERS &TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

*Proposed Executive Committee Member and Counsel for Plaintiff IUOE Local 39*

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
MMiller@MillerLawLLC.com

*Proposed Executive Committee Member and Counsel for Plaintiff Painters District Council No. 30*

Lee Albert
Gregory B. Linkh
GLANCY BINKOW & GOLDBERG LLP

4

122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
lalbert@glancylaw.com
glinkh@glancylaw.com

Brent W. Landau
Jeannine Kenney
HAUSFELD LLP
1604 Locust Street, Second Floor
Philadelphia, PA 19103
Telephone: (215) 985-3273
blandau@hausfeldllp.com
jkinney@hausfeldllp.com

*Counsel for Plaintiff Plumbers Local 178*

Krishna B. Narine
Joel C. Meredith
MEREDITH & NARINE
100 S. Broad St. Suite 905
Philadelphia, PA
Telephone: (215) 564-5182
knarine@m-npartners.com
jmeredith@m-npartners.com

*Counsel for Plaintiff Man-U Service Contract*

Roberta D. Liebenberg
Jeffrey S. Istvan
Paul Costa
FINE, KAPLAN AND BLACK, RPC
One South Broad Street,
23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565

Stewart L. Cohen
Michael Coren
Stuart J. Gruber
COHEN, PLACITELLA & ROTH, P.C.
Two Commerce Square
2001 Market Street

Suite 2900
Philadelphia, PA 19103
Telephone: (215) 567-3500

*Counsel for Plaintiffs Sheet Metal Workers Local No. 25 and Local 274*

Renae Steiner
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
rsteiner@heinsmills.com

*Counsel for Plaintiff Heather Morgan*

Patrick Coughlin
Brian O'Mara
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
patc@rgrdlaw.com
bomara@rgrdlaw.com

*Counsel for Plaintiff NECA-IBEW Welfare Trust Fund*

James R. Dugan II
THE DUGAN LAW FIRM, LLC
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
jdugan@dugan-lawfirm.com

*Counsel for Plaintiff Allied Services Division Welfare Fund*

## **CERTIFICATE OF SERVICE**

      I, Glen DeValerio, hereby certify that on April 23, 2014 I caused a copy of the foregoing End-Payor Plaintiffs' Notice of Waiver to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                Respectfully Submitted,

                                /s/ Glen DeValerio

Dated: April 23, 2014