UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
IN RE SOLODYN (MINOCYCLINE               :    Civil Action
HYDROCHLORIDE) ANTITRUST                 :    No. 14-md-02503-DJC
LITIGATION                               :
                                         :    MDL No. 2503
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
THIS DOCUMENT RELATES TO:                 :
                                          :
Walgreen Co. et al. v. Medicis Pharmaceutical
Corp., No. 1:15-cv-11544-DJC             :
                                          :
and                                       :
                                          :
Rite Aid Corp. et al. v. Medicis Pharmaceutical  :
Corp., No. 1:15-cv-11761-DJC             :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION AND [ ] ORDER
## EXTENDING TIME TO RESPOND TO INDIVIDUAL ACTIONS

Plaintiffs Walgreen Co., The Kroger Co., Safeway Inc., HEB Grocery Company

L.P., Albertson's LLC, Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (together, the

"Individual Plaintiffs") and Medicis Pharmaceutical Corp. ("Medicis"), hereby stipulate and

agree as follows:

WHEREAS an action captioned *Walgreen Co., et al. v. Medicis Pharmaceutical*

*Corp.*, was filed in the Middle District of Pennsylvania on March 26, 2015 and transferred to this

Court as a tag-along action by the Judicial Panel for Multidistrict Litigation on April 8, 2015 and

assigned Civil Action No. 1:15-cv-11544-DJC (the "Walgreen Action");

WHEREAS an action captioned *Rite Aid Corporation, et al. v. Medicis*

*Pharmaceutical Corp.*, was filed in the Middle District of Pennsylvania on April 6, 2015 and

transferred to this Court as a tag-along action by the Judicial Panel for Multidistrict Litigation on

May 1, 2015 and assigned Civil Action No. 1:15-cv-11761-DJC (the "Rite Aid Action");

WHEREAS, both the Walgreen and Rite Aid Actions have been consolidated for pretrial proceedings with the actions already pending in this Court under *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, No. 14-md-02503-DJC, wherein this Court heard oral argument on Defendants' Omnibus Motion To Dismiss The Direct Purchaser Plaintiffs' and End-Payor Plaintiffs' Consolidated Amended Complaints ("Defendants' Motion") on March 12, 2015. Defendants' Motion has yet to be decided, and issues decided by the Court in response to Defendants' Motion are likely to apply to the Walgreen Action and Rite Aid Action;

WHEREAS, in the interest of judicial economy, the Individual Plaintiffs and Medicis jointly believe that the need for Medicis to answer or otherwise respond to the complaints in the Walgreen and Rite Aid Actions should be stayed until such time after a decision on Defendants' Motion is made.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that.

1. Medicis, by and through their undersigned counsel, hereby acknowledge and accept service of the summons and complaint in the Walgreen Action and in the Rite Aid Action respectively. In so doing, Medicis expressly reserves and retains all defenses and/or objections to the actions or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in service of the summons.

2. Medicis will have forty-five (45) days following this Court's decision on Defendants' Motion to answer or otherwise respond to the complaints of the Individual Plaintiffs unless the Tag-Along Plaintiffs decide to amend their complaints.

3. If plaintiffs in either the Walgreen or Rite Aid Actions intend to amend their respective complaints, the Individual Plaintiffs agree that no later than fifteen (15) days following this Court's decision on Defendants' Motion, the Individual Plaintiffs will send written

notification to counsel for Medicis of their intention to amend, which will stay Medicis's obligation to answer or otherwise respond.

4.      If plaintiffs in both the Walgreen and Rite Aid Actions choose to amend their complaints, Medicis will have forty-five (45) days from the filing of the later of the two amended complaints to answer, move or otherwise respond to both complaints. In the event plaintiffs in only one of the tag-along actions chooses to amend their complaint, Medicis will have forty-five (45) days from the filing of that amended complaint to answer, move or otherwise respond to both complaints.

The Individual Plaintiffs and Medicis jointly respectfully request that the Court

approve the foregoing stipulation.

Dated: May 4, 2015

/s/ Richard Alan Arnold
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
110 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305)373-1000
sperwin@knpa.com
lravkind@knpa.com
aneil@knpa.com

*Counsel for Plaintiffs Walgreen Co., The Kroger
Co., Safeway Inc., HEB Grocery Company L.P.,
and Albertson's LLC*

/s/ Monica L. Rebuck
Monica L. Rebuck
Barry L. Refsin
HANGLEY ARONCHICK SEGAL
   PUDLIN & SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
(717)364-1007
(215)568-6200
mrebuck@hangley.com
brefsin@hangley.com

*Counsel for Plaintiffs Rite Aid Corp. and Rite Aid
Hdqtrs. Corp.*

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
James.Carroll@skadden.com

Steven C. Sunshine (*pro hac vice*)
Julia K. York (*pro hac vice*)
Sean M. Tepe (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000
Steve.Sunshine@skadden.com
Julia.York@skadden.com
Sean.Tepe@skadden.com

*Counsel for Defendants
Medicis Pharmaceutical Corp. and Valeant
Pharmaceuticals International, Inc.*

---

**CERTIFICATE OF SERVICE**

I, James R. Carroll, hereby certify that this
document filed through the ECF system will be
sent electronically to the registered participants as
identified on the Notice of Electronic Filing and
paper copies will be sent to those indicated as non-
registered participants on May 4, 2015.

Dated:May 4, 2015        /s/ James R. Carroll
                         James R. Carroll

---

IT IS SO ORDERED.

Dated: June 10, 2015

Denise G. Casper

Hon. Denise J. Casper
United States District Judge

4