## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br>1:14–MD–2503–DJC |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

### END-PAYOR CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH SANDOZ, INC., LUPIN LIMITED <u>AND LUPIN PHARMACEUTICALS, INC</u>.

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, the City of Providence, Rhode Island, Fraternal Order of Police, Fort Lauderdale Lodge 31 Insurance Trust Fund, International Union of Operating Engineers Local 132 Health and Welfare Fund, International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund, Painters District Council No. 30 Health and Welfare Fund, Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, Heather Morgan, Man–U Service Contract Trust Fund, Sheet Metal Workers Local No. 25 Health & Welfare Fund, Local 274 Health & Welfare Fund, and Allied Services Welfare Fund  (collectively, "End-Payor Class Plaintiffs"), on behalf of themselves and the proposed End-Payor Settlement Classes (collectively, "End-Payor Settlement Classes"), move this Court for an Order:  (i) preliminarily approving class action settlements with Defendants Sandoz, Inc., Lupin Limited and Lupin Pharmaceuticals, Inc.; (ii) certifying the End-Payor Class for the Lupin Settlement and the End-Payor Class for the Sandoz Settlement pursuant to Fed. R. Civ. P. 23; (iii) staying End-Payor Class Plaintiffs' litigation against Sandoz, Inc., Lupin Limited and Lupin

Pharmaceuticals, Inc.; (iv) approving the Notice Plan and Long and Short Form Notices submitted herewith, and setting a schedule for final approval of the Settlements; (v) designating Motley Rice LLC and Hilliard & Shadowen LLP as Co-Lead Class Counsel for purposes of the Settlements; (vi) designating the named Plaintiffs as Class Representatives for the Settlement Classes; and (vii) granting such other and further relief as the Court deems just and proper.

In support of this Motion, End-Payor Class Plaintiffs rely on the Declaration of Michael M. Buchman, the Declaration of Linda V. Young, the Declaration of Richard G. Frank, and the accompanying Memorandum of Law in Support of End-Payor Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlements with Sandoz, Inc., Lupin Limited and Lupin Pharmaceuticals, Inc.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for End-Payor Class Plaintiffs conferred with counsel for Sandoz, Inc., Lupin Limited and Lupin Pharmaceuticals, Inc., and those defendants do not oppose the relief sought in this motion.

Dated: April 4, 2017

**MOTLEY RICE LLC**

By: */s/ Michael M. Buchman*

Michael M. Buchman
Erin C. Durba
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com
    edurba@motleyrice.com

**HILLIARD & SHADOWEN LLP**

Steve D. Shadowen
2407 S. Congress Ave., Suite E 122
Austin, TX 78704
Tel: (855) 344-3928
Email: steve@hilliardshadowenlaw.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

**BERMAN DEVALERIO**

Glen DeValerio
Nathaniel L. Orenstein
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300

*Interim Liaison Counsel for the Proposed End-Payor Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2017, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

*/s/ Michael M. Buchman*
Michael M. Buchman