UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS | |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FOR PURPOSES OF SETTLEMENT, APPOINTMENT OF CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND SETTING THE FINAL SETTLEMENT SCHEDULE AND DATE FOR A FAIRNESS HEARING**

Direct purchaser class plaintiffs Ahold USA, Inc. and Rochester Drug Co-Operative, Inc., the named plainitffs in this lawsuit (together "Direct Purchaser Class Plaintiffs"), by their class counsel ("Class Counsel"), hereby move for an order pursuant to Fed. R. Civ. P. 23: (1):

1. Certifying for purpose of settlement the Direct Purchaser Settlement Class as proposed in the Sandoz and Lupin Settlement Agreements attached as Exhibits 1 and 4 to the Declaration of Lauren Guth Barnes submitted herewith ("Barnes Declaration");

2. Appointing interim class counsel Hagens Berman Sobol Shapiro LLP and Berger & Montague PC as Co-Lead Class Counsel for the Direct Purchaser Class for purposes of the Settlements;

3. Granting preliminary approval of a settlement of this action between Direct Purchaser Class Plaintiffs and Sandoz Inc. ("Sandoz");

4. Granting preliminary approval of a settlement of this action between Direct Purchaser Class Plaintiffs and Lupin Limited and Lupin Pharmaceuticals, Inc. ("Lupin");

5. Approving the proposed form and manner of notice to the Direct Purchaser Settlement Class and the plan of distribution;

6. Appointing Kurtzman Carson Consultants (KCC) as Settlement Administrator;

7. Appointing The Huntington Bank as Escrow Agent; and

8. Authorizing a proposed schedule for completing the approval process.

Direct Purchaser Class Plaintiffs submit that the settlements represent a beneficial result to the Direct Purchaser Settlement Class, providing a combined gross cash payment to the Class of $4,346,250 in exchange for defined releases to Defendants Sandoz and Lupin and an agreement to dismiss with prejudice the claims against them in this action. Direct Purchaser Class Plaintiffs provide more complete descriptions of the benefits of the settlements, and their negotiations, as well as the particulars of the Settlement Agreement, in the Memorandum and Exhibits 1-11 attached to the Barnes Declaration.

By this motion, Direct Purchaser Class Plaintiffs also:

1. Submit for approval a proposed form of notice including procedures for objecting to the settlements, and plan for the notice to be sent by first class mail to all Direct Purchaser Settlement Class members, in compliance with Fed. R. Civ. P. 23 and attached as Exhibit 11 to the Barnes Declaration;

2. Propose as the Settlement Administrator Kurtzman Carson Consultants (KCC);

3. Propose as the Escrow Agent for the settlement funds The Huntington National Bank;

4. Propose the following schedule for the provision of notice to Direct Purchaser Settlement Class members of the settlements, costs, service awards for the Direct Purchaser Settlement Class representatives, and Direct Purchaser Settlement Class members' deadline to request exclusion from or object to the settlement, and the holding of the hearing on final approval:

| | |
|---|---|
| Dissemination of Notices to the Class in the form and manner proposed | Within 15 days of entry of the Order preliminarily approving the Settlement |
| Deadline for Class members to request exclusion from the Direct Purchaser Settlement Class for either or both Settlements or object to either or both Settlements | No later than 45 days from the date on the Settlement Notice |
| Filing of Plaintiffs' motion for final approval of the Settlements | 30 days before the date set for the Fairness Hearing |
| Submission of Class Counsel's Application for Costs and Expenses, and Application for Incentive Awards to the Class Representatives | 30 days before the date set for the Fairness Hearing |
| Fairness Hearing | To Be Determined By the Court[1] |

---

[1] Neither of the Settlements become final until, among other things, the contemporaneous settlements between Sandoz and Lupin and the End Payor Settlement Class in this litigation become final. Sandoz Settlement Agreement at ¶ 5(d)(i); Lupin Settlement Agreement at ¶ 5(d)(i). To accommodate the opt out and objection deadline for End Payor Settlement Class members, Direct Purchaser Class Plaintiffs respectfully suggest that the Fairness Hearing be scheduled at least 220 days after preliminary approval.

WHEREFORE, based on the foregoing, and for the reasons set forth in the accompanying memorandum of law and Exhibits 1-11 attached to the Barnes Declaration, the motion should be granted and the proposed form of order granting relief sought by this motion, annexed hereto.

DATED:  April 4, 2017                                    Respectfully Submitted,

**/s/ Lauren Guth Barnes**
Thomas M. Sobol
Lauren Guth Barnes
Jessica MacAuley
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003 (fax)
Email: tom@hbsslaw.com
            lauren@hbsslaw.com
            jessicam@hbsslaw.com

*Interim Liaison and Co-Lead Counsel for Proposed Direct Purchaser Class*

David F. Sorensen
Andrew C. Curley
Caitlin G. Coslett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604 (fax)
Email: dsorensen@bm.net
            acurley@bm.net
            ccoslett@bm.net

*Interim Co-Lead Counsel for Proposed Direct Purchaser Class*

## **CERTIFICATE OF SERVICE**

I, Lauren Guth Barnes, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 4, 2017                                      **/s/ Lauren Guth Barnes**
                                                          Lauren Guth Barnes