## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br><br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD: Please take notice that Glen DeValerio withdraws his appearance as counsel for the Proposed End-Payor Class in the above-captioned matter and requests removal from the associated service list. Berman DeValerio will continue to serve as Interim Liaison Counsel for the Proposed End-Payor Class.

Dated: June 29, 2017

*/s/ Glen DeValerio*
Glen DeValerio (BBO #122010)
**BERMAN DeVALERIO**
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
gdevalerio@bermandevalerio.com

*Interim Liaison Counsel for the Proposed End-Payor Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2017, the foregoing was electronically served on counsel of record in this matter who are registered with the Court's ECF filing system through ECF notification.

/s/ Glen DeValerio
Glen DeValerio