UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br><br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

### END-PAYOR CLASS PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH SANDOZ, INC., LUPIN LIMITED, AND LUPIN PHARMACEUTICALS, INC.

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, the City of Providence, Rhode Island, Fraternal Order of Police, Fort Lauderdale Lodge 31 Insurance Trust Fund, International Union of Operating Engineers Local 132 Health and Welfare Fund, International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund, Painters District Council No. 30 Health and Welfare Fund, Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, Heather Morgan, Man-U Service Contract Trust Fund, Sheet Metal Workers Local No. 25 Health & Welfare Fund, Local 274 Health & Welfare Fund, and Allied Services Welfare Fund (collectively, "End-Payor Class Plaintiffs"), on behalf of themselves and the End-Payor Class for the Sandoz Settlement and the End-Payor Class for the Lupin Settlement, respectfully move this Court for an Order granting final approval of two proposed separate settlements with Sandoz, Inc. (the "Sandoz Settlement"), and Lupin Limited and Lupin Pharmaceuticals, Inc. (the "Lupin Settlement").

In support of this Motion, End-Payor Class Plaintiffs submit: (i) a Memorandum of Law in Support of End-Payor Class Plaintiffs' Motion for Final Approval of Class Action Settlements

1

with Sandoz, Inc., Lupin Limited, and Lupin Pharmaceuticals, Inc.; and (ii) the Declaration of Michael M. Buchman in Support of End-Payor Class Plaintiffs' Motion for Final Approval of Class Action Settlements with Sandoz, Inc., Lupin Limited, and Lupin Pharmaceuticals, Inc.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for End-Payor Class Plaintiffs conferred with counsel for Defendants Sandoz, Inc., Lupin Limited, and Lupin Pharmaceuticals, Inc., and those Defendants do not oppose this motion.

Dated: October 27, 2017

**MOTLEY RICE LLC**

By: */s/ Michael M. Buchman*

Michael M. Buchman (Admitted *pro hac vice*)
Erin C. Durba (Admitted *pro hac vice*)
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com
         edurba@motleyrice.com

**HILLIARD & SHADOWEN LLP**

Steve D. Shadowen
D. Sean Nation
2407 S. Congress Ave., Suite E 122
Austin, TX 78704
Tel: (855) 344-3928
Email: steve@hilliardshadowenlaw.com
         sean@hilliardshadowenlaw.com

*Co-Lead Counsel for the End-Payor Class*

**BERMAN TABACCO**

Nathaniel L. Orenstein  (BBO # 664513)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Email: norenstein@bermantabacco.com

*Liaison Counsel for the End-Payor Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

                                                        */s/ Michael M. Buchman*
                                                        Michael M. Buchman