UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> End-Payor Actions | MDL No. 2503 <br><br> Civil Action No. 1:14-MD-2503-DJC |

END-PAYOR SETTLEMENT CLASS PLAINTIFFS'
AND CLASS COUNSEL'S UNOPPOSED MOTION FOR
<u>REIMBURSEMENT OF EXPENSES</u>

Allied Services Welfare Fund, City of Providence, Fraternal Order of Police, Fort Lauderdale Lodge 31 Insurance Trust Fund, International Union of Operating Engineers Local 132 Health and Welfare Fund, International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund, Man-U Service Contract Trust Fund, Painters District Council No. 30 Health & Welfare Fund, Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, Sheet Metal Workers Local No. 25 Health & Welfare Fund, Local 274 Health & Welfare Fund, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, and Heather Morgan, (together, the "End-Payor Plaintiffs" or "Plaintiffs"), by and through their attorneys ("Class Counsel") move for an order, contingent upon the Sandoz Settlement Agreement and the Lupin Settlement Agreement becoming final in accordance with their terms:

1. reimbursing Class Counsel for the costs and expenses incurred through September 30, 2017 in prosecuting this action in the amount of $965,223.75;

2. approving the payment of expenses incurred through October 24, 2017 in prosecuting this action that have been billed but not paid in the amount of $1,051,294.18;

3. directing that after the distribution of the costs and expenses set forth above, the remainder of the Sandoz and Lupin Settlement Funds be held in escrow for the payment additional costs and expenses incurred by Class Counsel in the further prosecution of the case against the remaining defendants; and

4. allowing for Class Counsel to make further application for disbursements from the Sandoz and Lupin Settlement Funds for additional costs and expenses incurred in the further prosecution of the case against the remaining defendants.

End-Payor Plaintiffs and Class Counsel ask that any Order granting this Motion take effect only upon the Settlement Agreements with Sandoz and Lupin becoming final in accordance with the requirements of Paragraph 5 of those Settlement Agreements. In support of this motion, End-Payor Plaintiffs and Class Counsel submit the attached memorandum of law, declaration of co-lead class counsel, and proposed order.

Dated: October 27, 2017

Respectfully Submitted,

*/s/ Steve Shadowen*
Steve D. Shadowen
D. Sean Nation
Hilliard & Shadowen LLP
919 Congress Avenue, Suite 1325
Austin, Texas 78701
Tel: (855) 344-3928
Email: steve@hilliardshadowenlaw.com
            sean@hilliardshadowenlaw.com

Michael M. Buchman
Erin C. Durba
Motley Rice LLC
600 Third Avenue, 21st Floor
New York, NY 10016

Tel: (212) 577-0040
Email: mbuchman@motleyrice.com

*Co-Lead Counsel for the End Payor Class*

Nathaniel L. Orenstein
Berman Tabacco
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300

*Liaison Counsel for the End Payor Class*

## CERTIFICATE OF SERVICE

      I, Steve Shadowen, hereby certify that this document was electronically filed and served by email on all counsel of record.

/s/ *Steve Shadowen*
Steve Shadowen

Date: October 27, 2017