**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Direct Purchaser Actions | MDL No. 2503<br><br>Civil Action No. 1:14-MD-2503-DJC |

**DIRECT PURCHASER CLASS PLAINTIFFS'**
**UNOPPOSED MOTION FOR ENTRY OF AN ORDER GRANTING**
**FINAL APPROVAL OF SANDOZ AND LUPIN SETTLEMENTS**

Direct Purchaser Plaintiffs Ahold USA, Inc. and Rochester Drug Co-Operative, Inc., on

behalf of themselves and the certified Direct Purchaser Settlement Class in the above-captioned

litigation, respectfully move this Court for an order granting final approval of the settlements

between the Direct Purchaser Settlement Class and (1) Sandoz Inc. ("Sandoz") and (2) Lupin

Limited and Lupin Pharmaceuticals, Inc. (together, "Lupin"). Sandoz and Lupin do not oppose

this motion, and no Class member has objected to the settlements.

A proposed order granting these requests accompanies this motion.

Dated: October 27, 2017

Respectfully Submitted,

**/s/ Lauren Guth Barnes**
Thomas M. Sobol
Lauren Guth Barnes
Kiersten A. Taylor
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003 (fax)
Email: tom@hbsslaw.com
        lauren@hbsslaw.com
        kierstent@hbsslaw.com

*Interim Liaison and Co-Lead Counsel for
Proposed Direct Purchaser Class*


David F. Sorensen
Andrew C. Curley
Caitlin G. Coslett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604 (fax)
Email: dsorensen@bm.net
        acurley@bm.net
        ccoslett@bm.net

*Interim Co-Lead Counsel for Proposed
Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I, Lauren G. Barnes, hereby certify that this document was electronically filed and served by email on all counsel of record.

Date:  October 27, 2017

/s/ **Lauren G. Barnes**
Lauren G. Barnes