UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 1:14-md-02503-DJC<br><br>**ORAL ARGUMENT SCHEDULED FOR JANUARY 31, 2018 AT 2:00 PM (ECF NO. 353)** |

## DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF JOHN R. THOMAS AND PETER HARDIGAN

Pursuant to Federal Rules of Civil Procedure 26 and 37, and/or Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny, Defendants Medicis Pharmaceutical Corp. and Impax Laboratories, Inc. (collectively, "Defendants") hereby move to exclude certain opinions and testimony of Plaintiffs' experts John R. Thomas and Peter Hardigan.

The legal and factual bases for this motion to exclude are set forth in the accompanying memorandum and transmittal declaration.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this Motion, and understand that the Court has scheduled a hearing to address *Daubert* motions for January 31, 2018 (ECF No. 353).

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants hereby certifies that they have conferred with Plaintiffs' counsel, who have advised that Plaintiffs oppose the relief requested.

Dated:  November 1, 2017                                              Respectfully submitted,
            Boston, Massachusetts

 /s/ J. Douglas Baldridge                                       /s/ James R. Carroll
J. Douglas Baldridge (admitted *pro hac vice*)   James R. Carroll (BBO #554426)
Lisa Jose Fales (admitted *pro hac vice* )          SKADDEN, ARPS, SLATE,
Danielle Foley (admitted *pro hac vice*)               MEAGHER & FLOM LLP
Kristin M. Koger (admitted *pro hac vice*)        500 Boylston Street
VENABLE LLP                                                         Boston, Massachusetts 02116
600 Massachusetts Avenue, NW                           Tel: (617) 573-4800
Washington, DC 20001                                          James.Carroll@skadden.com
Tel:  (202)344-4000
jbaldridge@venable.com                                       Steven C. Sunshine (admitted *pro hac vice*)
ljfales@venable.com                                               Julia K. York (admitted *pro hac vice*)
drfoley@venable.com                                             Sean M. Tepe (admitted *pro hac vice*)
kmkoger@venable.com                                         SKADDEN, ARPS, SLATE,
                                                                                  MEAGHER & FLOM LLP
*Counsel for Defendant*                                         1440 New York Avenue, N.W.
*Impax Laboratories, Inc.*                                      Washington, D.C. 20005
                                                                                  Tel: (202) 371-7000
Kenneth R. O'Rourke (admitted *pro hac vice*)   Steve.Sunshine@skadden.com
Anna M. Fabish (admitted *pro hac vice*)          Julia.York@skadden.com
Stephen McIntyre (admitted *pro hac vice*)       Sean.Tepe@skadden.com
O'MELVENY & MYERS LLP
400 S. Hope Street, 18th Floor                               *Counsel for Defendant*
Los Angeles, CA  90071-2899                              *Medicis Pharmaceutical Corp.*
Tel: (213) 430-6000
korourke@omm.com
afabish@omm.com
smcintyre@omm.com

*Counsel for Defendant*
*Impax Laboratories, Inc.*

Joseph L. Demeo (BBO # 561254)
Lawrence C. Delaney (BBO # 557063)
DEMEO LLP
200 State Street
Boston, MA 02109
(617) 263-2600
(617) 263-2300
jdemeo@demeollp.com
ldelaney@demeollp.com

*Counsel for Defendant*
*Impax Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants, if any, on November 1, 2017.

Dated:  November 1, 2017    /s/ James R. Carroll
                                        James R. Carroll