UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br>Civil Action No. 1:14-md-02503-DJC |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | **PUBLIC VERSION** |

### TRANSMITTAL DECLARATION OF JAMES R. CARROLL, ESQ.
### *(DAUBERT* MOTIONS)

I, James R. Carroll, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a member in good standing of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and a partner in the Boston, Massachusetts office of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Medicis Pharmaceutical Corp. in this matter.

2. I submit this transmittal declaration in support of Defendant Medicis Pharmaceutical Corp. and Impax Laboratories, Inc.'s Motions to Exclude the Opinions of Mr. John Doll, Mr. John R. Thomas, Dr. Stephen W. Schondelmeyer, Dr. Keith Leffler, and Dr. Neelam Vashi submitted herewith pursuant to the Court's September 16, 2016 Electronic Order (Dkt. No. 353), and for the purpose of transmitting to the Court true and correct copies of the documents attached hereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the April 28, 2017 Expert Report of John Doll.

4. Attached hereto as Exhibit 2 is a true and correct copy of the August 21, 2017 Reply Expert Report of John Doll.

5. Attached hereto as Exhibit 3 is a true and correct copy of the May 1, 2017 Expert Report of Arthur Kibbe, Ph.D.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the August 31, 2017 deposition of John Doll.

7. Attached hereto as Exhibit 5 is a true and correct copy of the May 1, 2017 Expert Report of Neelam Vashi, M.D.

8. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the September 11, 2017 deposition of Neelam A. Vashi, M.D.

9. Attached hereto as Exhibit 7 is a true and correct copy of the June 30, 2017 Expert Report of Guy Webster, M.D.

10. Attached hereto as Exhibit 8 is a true and correct copy of the August 21, 2017 Rebuttal Expert Report of Neelam Vashi, M.D.

11. Attached hereto as Exhibit 9 is a true and correct copy of the August 22, 2017 Rebuttal Expert Report of Stephen W. Schondelmeyer, Pharm.D., Ph.D.

12. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the September 29, 2017 deposition of Stephen W. Schondelmeyer, Pharm.D, Ph.D.

13. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from the September 12, 2017 deposition of Richard Frank, Ph.D.

14. Attached hereto as Exhibit 12 is a true and correct copy of the June 29, 2017 Expert Report of John H. Johnson, IV, Ph.D.

15. Attached hereto as Exhibit 13 is a true and correct copy of the August 22, 2017 Expert Rebuttal Report of Peter Hardigan.

16. Attached hereto as Exhibit 14 is a true and correct copy of the May 2, 2017 Expert Report of Keith Leffler, Ph.D.

17. Attached hereto as Exhibit 15 is a true and correct copy of the August 18, 2017 Reply Expert Report of Arthur H. Kibbe, Ph.D.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Stipulated Amended Rule 16 Scheduling Order in *Medicis Pharm. Corp. v. Mylan Inc. et al.*, No. 1:09-cv-00033 (D. Del. July 1, 2010) (Dkt. No. 214).

19. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from the September 20, 2017 deposition of Arthur H. Kibbe, Ph.D.

20. Attached hereto as Exhibit 18 is a true and correct copy of the initial Rule 16 Scheduling Order in *Medicis Pharm. Corp. v. Mylan Inc. et al.*, No. 1:09-cv-00033 (D. Del. Oct. 9, 2009) (Dkt. No. 89).

21. Attached hereto as Exhibit 19 is a true and correct copy of the May 4, 2017 Amended Expert Report of John R. Thomas, Esq.

22. Attached hereto as Exhibit 20 is a true and correct copy of the August 18, 2017 Rebuttal Expert Report of John R. Thomas, Esq.

23. Attached hereto as Exhibit 21 is a true and correct copy of the May 2, 2017 Expert Report of Peter Hardigan.

24. Attached hereto as Exhibit 22 is a true and correct copy of the June 30, 2017 Expert Report of R. Polk Wagner, Esq.

25. Attached hereto as Exhibit 23 is a true and correct copy of the June 30, 2017 Expert Report of James E. Polli, Ph.D.

26. Attached hereto as Exhibit 24 is a true and correct copy of an excerpt from the September 7, 2017 deposition of Peter Hardigan.

27. Attached hereto as Exhibit 25 is a true and correct copy of an excerpt from the September 7, 2017 deposition of Keith Leffler, Ph.D.

28. Attached hereto as Exhibit 26 is a true and correct copy of Exhibit No. 8 to the September 29, 2017 deposition of John R. Thomas, Esq., which is Thomas' Expert Report in *Young v. Lumenis*, No. 2:03-cv-00655 (S.D. Ohio Aug. 1, 2004) (Dkt. No. 52-1).

29. Attached hereto as Exhibit 27 is a true and correct copy of an excerpt from the September 29, 2017 deposition of John R. Thomas, Esq.

30. Attached hereto as Exhibit 28 is a true and correct copy of an excerpt from John R. Thomas, Pharmaceutical Patent Law (3d ed. 2015).

31. Attached hereto as Exhibit 29 is a true and correct copy of Exhibit No. 11 to the September 29, 2017 deposition of John R. Thomas, Esq., which is the Report and Recommendation in *Iris Corp. v. Japan Airlines Int'l Co.*, No. 06-6336 (E.D.N.Y. Jan. 14, 2008) (Dkt. No. 33).

32. Attached hereto as Exhibit 30 is a true and correct copy of Exhibit No. 9 to the September 29, 2017 deposition of John R. Thomas, Esq., which is the decision in *Young v. Lumenis*, No. 2:03-cv-00655 (S.D. Ohio Oct. 19, 2004).

33. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt from the docket of *In re Nexium (Esomeprazole) Antitrust Litig.*, No. 12-md-02409 (D. Mass. Aug. 23, 2013).

34. Attached hereto as Exhibit 32 is a true and correct copy of an excerpt from the Motions Hearing and Pretrial Conference, *In re Nexium (Esomeprazole) Antitrust Litig.*, No. 12-md-02409 (D. Mass. Jan. 21, 2013).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Boston, Massachusetts, this 1st day of November, 2017.

                                          /s/ James R. Carroll
                                          James R. Carroll

---

**CERTIFICATE OF SERVICE**

I, James R. Carroll, hereby certify that on November 1, 2017, I caused a true copy of the foregoing document to be served by email upon counsel of record as indicated on the Service List attached hereto.

Dated: November 1, 2017      /s/ James R. Carroll
                                     James R. Carroll


## In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation

Service List

**Direct Purchaser Plaintiffs**

Thomas M. Sobol
Lauren G. Barnes
Jessica R. MacAuley
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
jessicam@hbsslaw.com

*Interim Liaison and Co-Lead Counsel for Proposed Direct Purchaser Class*

David F. Sorensen
Andrew C. Curley
Caitlin G. Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
dsorensen@bm.net
acurley@bm.net
ccoslett@bm.net

*Interim Co-Lead Counsel for Proposed Direct Purchaser Class*

Peter Kohn
Joseph T. Lukens
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Fax: (215) 277-5771
pkohn@faruqilaw.com
jlukens@faruqilaw.com

**End Payor (Indirect Purchaser) Plaintiffs**

Glen DeValerio
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
gdevalerio@bermandevalerio.com

*Interim Liaison Counsel for the Proposed End-Payor Class*

Steve D. Shadowen
Anne Fornecker
HILLIARD & SHADOWEN LLP
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3928
anne@hilliardshadowenlaw.com

Michael M. Buchman
MOTLEY RICE LLC
600 Third Avenue, 21st Floor
New York, NY 10016
Tel: (212) 577-0040
mbuchman@motleyrice.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com

Barry Taus
Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Tel: (212) 931-0704
btaus@tcllaw.com
atamoshunas@tcllaw.com

*Counsel for Plaintiff Rochester Drug Cooperative, Inc.*

Jayne A. Goldstein
POMERANTZ GROSSMAN HUFFORD
   DAHLSTROM & GROSS LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel: (954) 315-3454
Fax: (954) 313-3455
jagoldstein@pomlaw.com

J. Douglas Richards
COHEN MILSTEIN
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797

Marvin A. Miller
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400

*Executive Committee for the Proposed End-Payor Class*

**Rite Aid Plaintiffs**

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN &
   SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7031
Facsimile: (215) 568-0300
brefsin@hangley.com

Monica L. Rebuck
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN &
   SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Telephone: (717) 364-1007
Facsimile: (717) 234-3982
mrebuck@hangley.com

*Counsel for Rite Aid Plaintiffs*

**CVS Plaintiffs**

Monica L. Rebuck
Eric L. Bloom
HANGLEY ARONCHICK SEGAL PUDLIN
   & SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Telephone: (717) 364-1007
Facsimile: (717) 234-3982
mrebuck@hangley.com
ebloom@hangley.com

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN
   & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
brefsin@hangley.com

*Counsel for Plaintiff CVS Pharmacy, Inc.*

**Walgreen Plaintiffs**

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Walgreen Plaintiffs*