UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE SOLODYN (MINOCYCLINE         :
HYDROCHLORIDE) ANTITRUST           :
LITIGATION                         :        MDL No. 2503
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x        Civil Action No. 1:14-md-02503-DJC
THIS DOCUMENT RELATES TO:          :
ALL ACTIONS                        :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT SUBMISSION REGARDING**
**ORAL ARGUMENT ON THE FIVE PENDING**
**_DAUBERT_ MOTIONS SCHEDULED FOR ARGUMENT ON JANUARY 31, 2018**

The parties respectively submit this joint submission in response to the Court's
January 25, 2018 Electronic Order (ECF No. 949) allowing the parties 25 minutes per side for
oral argument on the five pending _Daubert_ motions, to be allocated among the motions as the
parties wish.

The parties have conferred and agreed as follows:

1.      The parties do not intend to present oral argument on (i) Defendants'
        Motion To Exclude W. Paul DeBree (ECF No. 742) or (ii) Defendants'
        Motion To Exclude Dr. Richard Frank (ECF No. 743).

2.      The parties intend to present approximately 10 minutes of oral argument
        per side on Plaintiffs' _Daubert_ Motion To Exclude Opinions Of Dr.
        Gregory Bell (ECF No. 749).

3.      The parties intend to present approximately 8 minutes of oral argument
        per side on Plaintiffs' Motion To Exclude Portions Of The Proposed
        Expert Testimony Of (1) Tamar Howson And (2) Dennis Carlton (ECF
        No. 750).

4.      The parties intend to present approximately 7 minutes of oral argument per side on Defendants' Motion To Exclude Opinions And Testimony Of Plaintiffs' Expert John R. Tupman (ECF No. 749).

If the Court prefers a different length of time for any particular motion, the parties will adjust the length of individual arguments as directed by the Court.

Dated: January 30, 2018
       Boston, Massachusetts

Respectfully submitted,

/s/ Lauren Guth Barnes

Thomas M. Sobol
Lauren Guth Barnes
Jessica MacAuley
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003 (fax)
tom@hbsslaw.com
lauren@hbsslaw.com
jessicam@hbsslaw.com

David F. Sorensen
Andrew C. Curley
Caitlin G. Coslett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604 (fax)
dsorensen@bm.net
acurley@bm.net
ccoslett@bm.net

*Co-Lead Counsel for Direct Purchaser Class*

/s/ Barry L. Refsin

Barry L. Refsin
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone:  (215) 496-7031
Facsimile:  (215) 568-0300
brefsin@hangley.com

Monica L. Rebuck
Eric L. Bloom
Hangley Aronchick Segal Pudlin & Schiller
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Telephone:  (717) 364-1007
Facsimile:  (717) 234-3982
mrebuck@hangley.com
*Counsel for Rite Aid Plaintiffs*

/s/ D. Sean Nation

Steve D. Shadowen
D. Sean Nation
Hilliard & Shadowen LLP
2407 S Congress Ave #E122
Austin, Texas 788704
Tel: (855) 344-3928
steve@hilliardshadowenlaw.com
sean@hilliardshadowenlaw.com

Michael M. Buchman
Motley Rice LLC
600 Third Avenue, 21st Floor
New York, NY 10016
Tel: (212) 577-0040

*Co-Lead Counsel for the End Payor Class*

Glen DeValerio
Berman DeValerio
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300

*Liaison Counsel for the End Payor Class*

/s/ Lauren C. Ravkind

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Walgreen Plaintiffs*

/s/ J. Douglas Baldridge
J. Douglas Baldridge (admitted *pro hac vice*)
Lisa Jose Fales (admitted *pro hac vice* )
Danielle Foley (admitted *pro hac vice*)
Kristin M. Koger (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
kmkoger@venable.com
*Counsel for Defendant*
*Impax Laboratories, Inc.*

Kenneth R. O'Rourke (admitted *pro hac vice*)
Anna M. Fabish (admitted *pro hac vice*)
Stephen McIntyre (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000
korourke@omm.com
afabish@omm.com
smcintyre@omm.com
*Counsel for Defendant*
*Impax Laboratories, Inc.*

Joseph L. Demeo (BBO # 561254)
Lawrence C. Delaney (BBO # 557063)
DEMEO LLP
200 State Street
Boston, MA 02109
Tel: (617) 263-2600
jdemeo@demeollp.com
ldelaney@demeollp.com

*Counsel for Defendant*
*Impax Laboratories, Inc.*

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher G. Clark (BBO #663455)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Tel: (617) 573-4800
James.Carroll@skadden.com
Christopher.Clark@skadden.com

Steven C. Sunshine (admitted *pro hac vice*)
Tara L. Reinhart (admitted *pro hac vice*)
Julia K. York (admitted *pro hac vice*)
Sean M. Tepe (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7000
Steve.Sunshine@skadden.com
Tara.Reinhart@skadden.com
Julia.York@skadden.com
Sean.Tepe@skadden.com

*Counsel for Defendant*
*Medicis Pharmaceutical Corp.*

---

**CERTIFICATE OF SERVICE**

I, James R. Carroll, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants, if any, on January 30, 2018.

Dated:  January 30, 2018   /s/ James R. Carroll
                           James R. Carroll