# United States Court of Appeals
## For the First Circuit

No. 17-8036

IN RE: SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION.

ROCHESTER DRUG CO-OPERATIVE, INC.; AHOLD U.S.A., INC.; ALBERTSON'S, LLC; HEB GROCERY CO. LP; SAFEWAY INCORPORATED; KROGER COMPANY; WALGREEN CO.; RITE AID CORPORATION; RITE AID HEADQUARTERS CORPORATION; CVS PHARMACY, INC.; ALLIED SERVICES DIVISION WELFARE FUND; UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 & PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND; PROVIDENCE, RI; FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 HEALTH AND WELFARE FUND; INTERNATIONAL UNION OF OPERATING ENGINEERS STATIONARY ENGINEERS LOCAL 39 HEALTH & WELFARE TRUST FUND; PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND; PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH AND WELFARE TRUST FUND; HEATHER MORGAN; MAN-U SERVICE CONTRACT TRUST FUND; SHEET METAL WORKERS LOCAL NO. 25 HEALTH & WELFARE FUND; LOCAL 274 HEALTH & WELFARE FUND; NECA-IBEW WELFARE TRUST FUND,

Plaintiffs, Respondents,

v.

MEDICIS PHARMACEUTICAL CORP.; IMPAX LABORATORIES, INC.,

Defendants, Petitioners,

VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; TEVA PHARMACEUTICALS USA, INC.; BARR LABORATORIES, INC.; LUPIN LTD.; LUPIN PHARMACEUTICALS, INC.; SANDOZ, INC.; MYLAN, INC.; MATRIX LABORATORIES, LTD.; RANBAXY PHARMACEUTICALS, INC.; RANBAXY INC.; RANBAXY LABORATORIES, LTD.,

Defendants.

Before

Howard, <u>Chief Judge</u>,
Torruella and Thompson, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: February 12, 2018

Defendant-Petitioners, pursuant to Fed. R. Civ. P. 23(f), seek leave from this court to appeal the district court's recent certification of a class in the underlying action. As an initial matter, defendant-petitioners' motion to file a reply is **GRANTED**, and the tendered reply is accepted for filing and has been considered. Defendant-Petitioners also have moved to seal their petition and reply; those motions are **GRANTED**, and the tendered unredacted versions of the petition and reply are accepted for filing under seal. Plaintiff-Respondents have moved to seal their response; that motion is **GRANTED**, and the tendered unredacted version of the response is accepted for filing under seal.

As for the merits of the petition, we conclude that the requirements for interlocutory review of class certification determinations have not been met here. <u>See</u> <u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant to Rule 23(f)). Accordingly, the petition for leave to appeal is **DENIED**. The pending motion to expedite is **DENIED** as moot.

By the Court:

/s/ Margaret Carter, Clerk

cc:

Neill Wilson Clark
Peter R. Kohn
Archana Tamoshunas
David F. Sorensen
Caitlin G. Coslett
Daniel C. Simons
Jessica Rose MacAuley
Andrew C. Curley
Scott E. Perwin
Richard Alan Arnold
Anna Theresa Neill
Lauren C. Ravkind
Barry L. Refsin
Monica L. Kiley
Eric L. Bloom
Christian Richard Jenner

Christopher G. Clark
James R. Carroll
Steven C. Sunshine
William K. Wray Jr.
Anjali B. Patel
Julia K. York
Stuart B. Baimel
Lawrence S. Delaney
Joseph L. Demeo
Lisa Jose Fales
Danielle R. Foley
James Douglas Baldridge
Christopher T. Holding
Sarah Kathryn Frederick
Robert D. Carroll
Steve D. Shadowen
William Robert Landry
Leiv H. Blad Jr.
Zarema A. Jaramillo
Laurence Adam Schoen
Kevin McGinty
Matthew Kent
Teresa Bonder
Jay P. Lefkowitz
Ross L. Weiner
Thomas M. Sobol
Lauren G. Barnes
Norman Berman
Michael Morris Buchman
Natalie Finkelman Bennett
Nathaniel L. Orenstein
Jayne A. Goldstein
Donald Sean Nation
Mitchell M. Breit
John Andrew Ioannou
Marc Ian Gross
Daniel C. Girard
Christina C. Sharp
Donna M. Evans
Sharon K. Robertson
Jeannine M. Kenney
Laura Killian Mummert
James R. Dugan II
Douglas Robert Plymale
David Baylis Franco
Theodore Michael Hess-Mahan