## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS | |

### DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH MEDICIS, APPROVAL OF THE FORM AND MANNER OF NOTICE, AND SETTING A SETTLEMENT SCHEDULE

Ahold USA, Inc. and Rochester Drug Co-Operative, Inc. ("DPPs"), Court-appointed Direct Purchaser Class representatives, hereby move for an order pursuant to Fed. R. Civ. P. 23:

1. Granting preliminary approval of the proposed settlement between the Direct Purchaser Class and Medicis Pharmaceutical, Corp.

2. Approving the proposed form and manner of notice to the Direct Purchaser Class;

3. Appointing The Huntington Bank as Escrow Agent; and

4. Authorizing a proposed schedule for completing the approval process.

The reasons for this motion are set forth in DPPs' Memorandum in Support and Exhibits 1-14 attached to the Barnes Declaration submitted herewith. A proposed order is submitted at Barnes Decl. Ex. 2.

DPPs submit that a hearing on preliminary approval is not required or necessary in these circumstances and DPPs do not request one. *See* Memorandum in Support at 8-9.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law and the Barnes Declaration, the motion should be granted.

Dated:  March 5, 2018                                Respectfully Submitted,

**/s/ Lauren Guth Barnes**
Thomas M. Sobol
Lauren Guth Barnes
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003 (fax)
Email: tom@hbsslaw.com
         lauren@hbsslaw.com

*Liaison and Co-Lead Counsel for Proposed Direct Purchaser Class*

David F. Sorensen
Andrew C. Curley
Caitlin G. Coslett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604 (fax)
Email: dsorensen@bm.net
         acurley@bm.net
         ccoslett@bm.net

*Co-Lead Counsel for Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

    I, Lauren Guth Barnes, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 5, 2018                          **/s/ Lauren Guth Barnes**
                                                                       Lauren Guth Barnes