**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

**END-PAYOR CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH MEDICIS PHARMACEUTICALS CORPORATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund; the City of Providence, Rhode Island; Fraternal Order of Police, Fort Lauderdale Lodge 31 Insurance Trust Fund; International Union of Operating Engineers Local 132 Health and Welfare Fund; International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund; Painters District Council No. 30 Health and Welfare Fund; Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund; Heather Morgan; Man-U Service Contract Trust Fund; Sheet Metal Workers Local No. 25 Health & Welfare Fund; Local 274 Health & Welfare Fund; and Allied Services Welfare Fund (collectively "End-Payor Class Plaintiffs"), on behalf of themselves and the End-Payor Class (collectively, "End-Payor Class"), move this Court for an Order: (i) preliminarily approving class action settlement with Defendant Medicis Pharmaceuticals Corporation ("Medicis"); (ii) staying End-Payor Class Plaintiffs' litigation against Medicis; and (iii) granting such other and further relief as the Court deems just and proper.

In support of this Motion, End-Payor Class Plaintiffs rely on the Declaration of Michael M. Buchman, the Declaration of Linda V. Young, and the accompanying Memorandum of Law in Support of End-Payor Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Medicis.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for End-Payor Class Plaintiffs conferred with counsel for Medicis, and they do not oppose the relief sought in this motion.

Dated:  March 5, 2018

**MOTLEY RICE LLC**

By: */s/ Michael M. Buchman*

Michael M. Buchman
Erin C. Durba
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com
　　　　edurba@motleyrice.com

**HILLIARD & SHADOWEN LLP**

Steve D. Shadowen
2407 S. Congress Ave., Suite E 122
Austin, TX 78704
Tel: (855) 344-3928
Email: steve@hilliardshadowenlaw.com

*Co-Lead Counsel for the End-Payor Class*

**BERMAN DEVALERIO**

Glen DeValerio
Nathaniel L. Orenstein
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300

*Liaison Counsel for the
End-Payor Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 5, 2018 a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

                                                      */s/ Michael M. Buchman*
                                                         Michael M. Buchman