UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

**END-PAYOR CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH IMPAX LABORATORIES, INC.**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, the City of Providence, Rhode Island, Fraternal Order of Police, Fort Lauderdale Lodge 31 Insurance Trust Fund, International Union of Operating Engineers Local 132 Health and Welfare Fund, International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund, Painters District Council No. 30 Health and Welfare Fund, Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, Heather Morgan, Man-U Service Contract Trust Fund, Sheet Metal Workers Local No. 25 Health & Welfare Fund,  Local 274 Health & Welfare Fund, and Allied Services Welfare Fund  (collectively, "End-Payor Class Plaintiffs"), on behalf of themselves and the certified End-Payor Class (collectively, "End-Payor Class"), move this Court for an Order:  (i) preliminarily approving the settlement with Impax Laboratories, Inc. (the "Impax Settlement"); (ii) approving the proposed plan of allocation; (iii) approving the proposed notice to the Class; (iv) appointing A.B. Data, Ltd. to serve as claims administrator; (v) appointing The Huntington National Bank to serve as Escrow Agent; (vi) setting a schedule for final approval of the Impax Settlement; (vii) staying End-Payor Class Plaintiffs' litigation against

Impax Laboratories, Inc. ("Impax"); and (viii) granting such other and further relief as may be just and proper.

In support of this Motion, End-Payor Class Plaintiffs rely on the Declaration of Michael M. Buchman, the Declaration of Linda V. Young, and the accompanying Memorandum of Law in Support of End-Payor Class Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Impax Laboratories, Inc.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for End-Payor Class Plaintiffs conferred with counsel for Impax Laboratories, Inc., and Impax Laboratories, Inc. does not oppose the relief sought in this motion.

Dated:  April 4, 2018

                                                       Respectfully submitted,

                                                       **MOTLEY RICE LLC**

                                                       By: */s/ Michael M. Buchman*

                                                       Michael M. Buchman
                                                       Erin C. Durba
                                                       600 Third Avenue, Suite 2101
                                                       New York, NY 10016
                                                       Telephone: (212) 577-0040
                                                       Facsimile: (212) 577-0054
                                                       Email: mbuchman@motleyrice.com
                                                               edurba@motleyrice.com

                                                       **HILLIARD & SHADOWEN LLP**
                                                       Steve D. Shadowen
                                                       2407 S. Congress Ave., Suite E 122
                                                       Austin, TX 78704
                                                       Tel: (855) 344-3928
                                                       Email: steve@hilliardshadowenlaw.com

*Co-Lead Counsel for the End-Payor Class*

**BERMAN DEVALERIO**
Glen DeValerio
Nathaniel L. Orenstein
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300

*Liaison Counsel for the End-Payor Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

*/s/ Michael M. Buchman*
Michael M. Buchman
