UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br><br>Civil Action No. 1:14-MD-2503-DJC |
| This Document Relates to:<br><br>Direct Purchaser Actions | |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR ENTRY OF ORDERS (1) REIMBURSING AND PAYING EXPENSES AND DISBURSING REMAINING SANDOZ AND LUPIN FUNDS TO THE CLASS; (2) APPROVING SERVICE AWARDS TO CLASS REPRESENTATIVES AND AWARDING ATTORNEYS' FEES; (3) APPROVING THE PLAN OF ALLOCATION; AND (4) FINDING NOTICE TO SATISFY DUE PROCESS, GRANTING FINAL APPROVAL OF MEDICIS AND IMPAX SETTLEMENTS, AND ORDERING DISMISSAL WITH PREJUDICE**

Direct Purchaser Class Plaintiffs Ahold USA, Inc. and Rochester Drug Co-Operative, Inc., on behalf of themselves and the certified Direct Purchaser Class in the above captioned litigation, respectfully move this Court for three orders:

1. Approving disbursement of $454,698.56 Class Counsel for additional costs and expenses incurred in prosecuting this action and directing that after the distribution of the costs and expenses as set forth above, the remainder of the Sandoz and Lupin Settlement Funds shall be distributed to the Direct Purchaser Class on a *pro rata* basis in conjunction with the distribution of the Medicis/Impax Settlement Funds (as requested in Class Counsel's Motion for Reimbursement and Payment of Expenses and Disbursement of Fund Balances to the Class (ECF No. 1153) and accompanying papers;

2. Approving service awards to the Class representatives of $90,000 each and awarding attorneys' fees in the amount of one-third of the $72.5 million combined Medicis/Impax Settlement Funds (as requested in Class Counsel's Motion for an Award of Attorneys' Fees and Approval of Service Awards to the Class Representatives (ECF No. 1150) and accompanying papers;

3. Approving the plan of allocation of the Settlement Funds among members of the Class; and

4. Finding notice to satisfy due process, granting final approval of the settlements between the Direct Purchaser Class and (1) Medicis Pharmaceutical Corp. and (2) Impax Laboratories, Inc., and ordering dismissal with prejudice.

No Class member has objected to the Settlements.

Accompanying this motion are proposed orders granting these requests, a supporting memorandum, the proposed plan of allocation, the Declaration of Jeffrey Leitzinger Related to Proposed Allocation Plan and Net Settlement Fund Allocation, the Declaration of Steven J. Giannotti Regarding Notice of Proposed Settlements, and the Joint Declaration of Co-Lead Counsel for the Direct Purchaser Class, Lauren G. Barnes and David F. Sorensen.

Dated: June 11, 2018                                   Respectfully submitted,

**/s/Lauren Guth Barnes**
Thomas M. Sobol
Lauren Guth Barnes
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617)482-3003
Email: tom@hbsslaw.com
          lauren@hbsslaw.com

*Liaison and Co-Lead Counsel for Direct Purchaser Class*

David F. Sorensen
Andrew C. Curley
Caitlin G. Coslett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dsorensen@bm.net
         acurley@bm.net
         ccoslett@bm.net

*Co-Lead Counsel for Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I, Lauren G. Barnes, certify that, on this date, the foregoing document was served by filing it on the court's CM/ECF system, which will automatically email notice to all counsel of record.

Dated: June 11, 2018　　　　　　　　　　　　　　　　**/s/ Lauren G. Barnes**
　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren G. Barnes