**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br><br>1:14-MD-2503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR ACTIONS | |

**END-PAYOR CLASS PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH MEDICIS PHARMACEUTICAL CORP. AND IMPAX LABORATORIES, INC.**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund, the City of Providence, Rhode Island, Fraternal Order of Police, Fort Lauderdale Lodge 31 Insurance Trust Fund, International Union of Operating Engineers Local 132 Health and Welfare Fund, International Union of Operating Engineers Stationary Engineers Local 39 Health & Welfare Trust Fund, Painters District Council No. 30 Health and Welfare Fund, Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, Heather Morgan, Man-U Service Contract Trust Fund, Sheet Metal Workers Local No. 25 Health & Welfare Fund, Local 274 Health & Welfare Fund, and Allied Services Welfare Fund (collectively, "End-Payor Class Plaintiffs"), on behalf of themselves and the certified End-Payor Class, respectfully move this Court for an Order granting final approval of two proposed settlements with Medicis Pharmaceutical Corp. (the "Medicis Settlement"), and Impax Laboratories, Inc. (the "Impax Settlement"), and granting such other and further relief as the Court deems just and proper.

In support of this Motion, End-Payor Class Plaintiffs submit: (i) a Memorandum of Law in Support of End-Payor Class Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlements with Medicis Pharmaceutical Corp. and Impax Laboratories, Inc.; (ii) the Declaration of Michael M. Buchman in Support of End-Payor Class Plaintiffs' Motion for Final Approval of Class Action Settlements with Medicis Pharmaceutical Corp. and Impax Laboratories, Inc.; and (iii) a Proposed Order.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for End-Payor Class Plaintiffs conferred with counsel for Defendants Medicis Pharmaceutical Corp. and Impax Laboratories, Inc., and those Defendants do not oppose this motion.

Dated: June 18, 2018

**MOTLEY RICE LLC**

By: */s/ Michael M. Buchman*

Michael M. Buchman (Admitted *pro hac vice*)
Erin C. Durba (Admitted *pro hac vice*)
600 Third Avenue, Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mbuchman@motleyrice.com
           edurba@motleyrice.com

**HILLIARD & SHADOWEN LLP**
Steve D. Shadowen
D. Sean Nation
2407 S. Congress Ave., Suite E 122
Austin, TX 78704
Tel: (855) 344-3928
Email: steve@hilliardshadowenlaw.com
           sean@hilliardshadowenlaw.com

*Co-Lead Counsel for the End-Payor Class*

**BERMAN TABACCO**
Nathaniel L. Orenstein  (BBO # 664513)
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Email: norenstein@bermantabacco.com

*Liaison Counsel for the End-Payor Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

*/s/ Michael M. Buchman*
Michael M. Buchman
