IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503<br><br>Civil Action No. 1:14-md-02503-DJC |
| THIS DOCUMENT RELATES TO:<br><br>END-PAYOR ACTIONS | |

### [PROPOSED] ORDER APPROVING END-PAYOR PLAINTIFFS' MOTION FOR DISTRIBUTION OF THE SETTLEMENT FUNDS

WHEREAS, the Court previously granted final approval of the Valeant and Medicis Class Settlement Agreements ("Settlement") on behalf of the End-Payor Class ("Settlement Class") (ECF No. 1175, "Final Approval Order");

WHEREAS, the Court, pursuant to the Final Approval Order, appointed A.B. Data Ltd. ("A.B. Data") as the claims administrator and approved the Proposed Plan of Allocation for the Medicis Settlement Funds (ECF No. 1067-7) and the Proposed Plan of Allocation for the Impax Settlement Funds (ECF No. 1143-3) ("Plans of Allocation");

WHEREAS, the respective proceeds from the Settlement were deposited in two interest bearing escrow accounts ("Settlement Funds");

WHEREAS, the Court previously granted End-Payor Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Grant of Service Awards to the Class Representatives (ECF No. 1176, the "Fees, Expenses, and Awards Order");

WHEREAS, the fees, expenses, and service awards were paid out from the Settlement Funds pursuant to the Fees, Expenses, and Awards Order;

WHEREAS, A.B. Data has made its final determinations concerning claims submitted by class members seeking to share in the proceeds from the Settlement pursuant to the Plans of Allocation;

WHEREAS, End-Payor Plaintiffs have filed a Motion for Distribution of the Settlement Fund ("Distribution Motion") on behalf of the Settlement Class;

WHEREAS, in support of the Distribution Motion, End-Payor Plaintiffs have submitted the Declaration of Eric J. Miller in Support of Plaintiffs' Motion for an Order Authorizing Distribution of the Settlement Funds, dated September 19, 2019 ("Miller Declaration") with supporting exhibits; and

WHEREAS, as set forth at paragraph 17 of the Final Approval Order, the Court has retained jurisdiction over the parties, the Settlement, and distribution of the remainder of the Settlement Funds;

WHEREAS, the Court has considered all papers filed and proceedings had herein and is otherwise fully informed in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Court approves the administrative determinations of A.B. Data concerning the claims submitted by members of the Settlement Class as set forth in the Miller Declaration submitted with the Distribution Motion.

2. The Court finds that the determinations made by A.B. Data with respect to Settlement Class members are all fair, reasonable and adequate and are hereby approved.

3. Accordingly, the Court hereby directs the distribution of the Settlement Funds to the members of the Settlement Class who have submitted claims which A.B. Data has determined to be eligible to share in the Settlement Funds and in such amounts as set forth in the Miller Declaration, after deducting the fees and expenses referenced in paragraph 4 below.

4. The Court authorizes a total payment of $218,801.45 from the Settlement Funds to A.B. Data for the balance of its fees and expenses incurred and to be incurred in connection with the notice, administration, and distribution of the Settlement Funds.

5. Class Counsel and A.B. Data are directed to execute this Order and shall not be liable to Class members for any reason in executing and complying with this Order.

7. Any further claims against the Settlement Fund established for purposes of this Settlement are finally and forever barred.

8. Plaintiffs, Class Counsel, A.B. Data, and all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims filed in this action, or who are otherwise involved in the administration or taxation of the Settlement Funds, are hereby released and discharged from any and all claims arising out of such involvement, and pursuant to the release terms of the Settlement, all Class members or any other persons, whether or not they are to receive payment from the Net Settlement Fund, are hereby barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them by the Settlement approved by the Court.

9. Class Counsel and A.B. Data are hereby authorized to discard (a) paper or hard copies of Claim Forms and related documents not less than one year after the distribution of the Settlement Fund; and (b) electronic media or data not less than three years after the distribution of the Settlement Fund.

10. The Court retains jurisdiction over any further application or matter which may arise in connection with the administration of this Settlement.

**IT IS SO ORDERED.**

DATED: 10/11/19

/s/ Denise J. Casper
_____
Denise J. Casper
United States District Court Judge
U.S. District Court for the District of Massachusetts