# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SOLODYN (MINOCYCLINE HYDROCHLORIDE) ANTITRUST LITIGATION | MDL No. 2503 <br><br> Civil Action No. 1:14-MD-2503-DJC |
| This Document Relates to: <br><br> Direct Purchaser Class Actions | |

## [~~PROPOSED~~] ORDER APPROVING DIRECT PURCHASER PLAINTIFFS' MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND

AND NOW, on this 11th day of October 2019, upon consideration of Direct Purchaser Plaintiffs' Motion for Distribution of Net Settlement Fund dated September 23, 2019, and supporting papers and consideration of any other filings made in connection therewith:

WHEREAS, the Court previously issued an Order and Final Judgment Finding Notice to Satisfy Due Process, Granting Final Approval of Medicis and Impax Settlements, and Ordering Dismissal with Prejudice [ECF No. 1177] (the "Final Approval Order"), and an Order Granting Final Approval of Plaintiffs' Proposed Plan of Allocation [ECF No. 1179] ("Allocation Order"), approving the terms of the settlement agreements, the contents of the Claim Form, and the Plan of Allocation in this action;

WHEREAS, pursuant to the Court-approved Plan of Allocation, Angeion Group ("Angeion"), the Court-appointed claims administrator, was required to and did mail populated Claim Forms to each Class Member setting forth the calculation of each Class Member's qualifying net purchases of brand and generic Solodyn;

1

WHEREAS, Angeion has identified 39 Claimants who submitted valid, accepted claims and who are eligible for participation in the Net Settlement Fund[1] and, with the assistance of Class Counsel's economic consultant Econ One, Inc. ("Econ One"), has calculated each Claimant's net qualifying purchases of brand and generic Solodyn and determined the *pro rata* percentages of the Net Settlement Fund allocated to each such Claimant;

WHEREAS, Angeion has incurred claims administration expenses totaling $3,086.90 and anticipates incurring an additional $14,449.50 in fees and expenses necessary to complete the initial distribution of funds to Claimants, file the necessary tax returns, respond to Claimant inquiries and close the administration of these settlements;

WHEREAS, in addition to Angeion's outstanding and anticipated fees, Class Counsel have incurred fees from Econ One totaling $28,323.50 for work done in calculating each claimant's *pro-rata* shares of the Net Settlement Fund;

WHEREAS, as set forth in Paragraph 6 of the Final Approval Order, the Court has retained jurisdiction over the action, the parties, and all Class Members.

WHEREAS, the Court has provided Class Members and Claimants sufficient time to respond to or make additional filings related to Direct Purchaser Plaintiffs' Motion for Distribution of Net Settlement Fund and the Court has reviewed and considered any such responses or additional filings.

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1.  The administrative determinations of Angeion concerning the claims submitted in

---

[1] "Net Settlement Fund" is defined in Direct Purchaser Class Plaintiffs' Plan of Allocation for the Direct Purchaser Class. *See* ECF No. 1163-4, at 1-2.

this case as set forth in Final Angeion Report[2] are hereby APPROVED.

2.      Angeion shall distribute to each of the 39 Claimants whose Claim Form has been accepted by Angeion and which is listed in Exhibit B to the Final Angeion Report, its *pro rata* percentage of the Net Settlement Fund, as computed by Econ One, who assisted Angeion. Each Claimant listed in Exhibit B to the Final Angeion Report shall receive a payment from the Net Settlement Fund based on the *pro rata* shares shown in Exhibit B to the Final Angeion Report.

3.      Payment from the Net Settlement Fund in the amount of $17,536.40 to Angeion for fees and expenses associated with the claims administration process is hereby APPROVED.

4.      Payment from the Net Settlement Fund in the amount of $28,323.50 to Econ One for fees and expenses associated with the claims administration process is hereby APPROVED.

5.      No additional Claim Forms, beyond those 39 previously received and accepted by Angeion, shall be allowed.

6.      Any further claims against the Net Settlement Fund established for purposes of these settlements, beyond those 39 Claim Forms already received and accepted (described in ¶ 2 above), are finally and forever barred.

7.      Plaintiffs, Class Counsel, Econ One, Angeion, and all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims filed in this action, or who are otherwise involved in the administration or taxation of the Net Settlement Fund, are hereby released and discharged from any and all claims arising out of such involvement, and, pursuant to the release terms of the settlement agreements, all Class Members and Claimants, whether or not they are to receive payment from the Net Settlement

---

[2] The "Final Angeion Report" is the Declaration of Stephen J. Giannotti in Support of Motion for Distribution of Net Settlement Fund, dated September 20, 2019 and filed with Direct Purchaser Plaintiffs' Motion for Distribution of Net Settlement Fund.

Fund, are hereby barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as described in ¶ 2 above.

8. Class Counsel, Angeion, and Econ One are hereby authorized to discard (a) paper or hard copies of Claim Forms and related documents not less than one year after the distribution of the Net Settlement Fund to Claimants with accepted claims; and (b) electronic media or data not less than three years after the distribution of the Net Settlement Fund to Claimants.

9. The Court retains jurisdiction over any further application or matter which may arise in connection with the administration of these settlements.

IT IS SO ORDERED

_____
The Honorable Denis J. Casper
United States District Judge
U.S. District Court for the District of Massachusetts